IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY DEAN SMITH JR., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security; <br><br> Defendant. | 7:13CV5004 <br><br> ORDER ON DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF |

      The defendant, by an through her counsel, has filed Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 15.  The defendant requests an extension of 30 days in which to respond to the plaintiff's brief.  My judicial assistant was in contact with the plaintiff's counsel's law firm and was told that counsel has no objection to the extension.

      IT THEREFORE IS ORDERED that:

      1.  the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 15, is granted;

      2.  the defendant shall have on or before November 14, 2013, in which to file and serve her response to the plaintiff's brief;

      3.  within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

      4.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated October 7, 2013.

                                            BY THE COURT

                                            Warren K. Urbom
                                            United States Senior District Judge